IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
)
JI XU )
)
                Plaintiff )
                                Pro Se )
)
   -against- )
)
)    **FIRST SET OF INTERROGATORIES**
The City University of New York (CUNY )    **AND REQUEST**
              and )    **FOR PRODUCTION OF DOCUMENTS**
LaGuardia Community College (LAGCC) )    **TO PLAINTIFF JI XU**
)
)    **AND NOTICE OF DEPOSITIONS**
)
)
)    **Civil Action No. 1:23-cv-09506-RPK-LB**
)
)
)
             Defendants. )
)
)
---------------------------------------------------------X

      Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, Here comes Ji Xu, Plaintiffs Pro Se in the above captioned action, hereby requests that Defendants the City University of New York (CUNY) and LaGuardia Community College (LAGCC) serve upon the undersigned sworn written answers to each of the interrogatories set forth below and produce the documents requested below to Plaintiffs at 391 Great Neck Road, Unit C, Great Neck, NY 11021 within 30 days after service hereof.

      These interrogatories and document requests are continuing. If at any time after service of responses to these requests, Defendants learn that in some material respect the responses are incomplete or incorrect, Defendants should, within seven days and in no event later than the

close of discovery, provide Plaintiff with such information or documents by amended or supplemental responses.

Plaintiff also will take depositions of the witnesses on the list set forth below, who either received the complaints of against discrimination from Plaintiff, involved in and / or were aware of the complaints.

## **INTERROGATORIES AND DOCUMENTS REQUESTS**

1. Provide the full investigation report regarding Plaintiff's discrimination complaints made by LAGCC Title IX Coordinator Chirs Carozza
2. Provide the full investigation report regarding Plaintiff's discrimination complaints made by LAGCC Title IX Coordinator Ronald Edwards.
3. Provide the full investigation report regarding Plaintiff's discrimination complaints made by LAGCC Title IX Coordinator Sabine Rospide.
4. Provide the details of the investigation reports and Determinations made by the IX Officers including, but not limited to, the followings:
   1) How the determinations were made
   2) What facts were found
   3) What investigations were made
   4) How the Determinations were conducted
   5) What evidences obtained for making the Determinations
   6) The testimonies of the person being complained about: Director Karsten, made
   7) The witnesses interviewed, and their testimonies
   8) The specific legal grounds taken and policies used for making the Determinations
   9) The reasons for LAGCC took about 520 days to make its first Determination
   10) Why the CUNY's "60 day" policy was violated
   11) Why there was no indication of how to make an appeal in the Determinations
5. Provide the Email chains Director Karsten collected and placed in Plaintiff's Nursing File.

## DEPOSITIONS

Pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedures, Plaintiff Ji Xu will call the following witnesses in the case and take the dispositions of the witnesses, beginning on the date to be agreed upon by Plaintiff and Defendants in Queens County, New York City at 11:00 a. m., and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. Pursuant to Rule 30(b)(3)(A) of the Federal Rule of Civil Procedure, the depositions will be recorded by stenographic, audio and/or audiovisual means.

All the witnesses on the following list either received the complaints from Plaintiff, involved in the complaints and / or were aware of the complaints.

1. The 1st Witness:     CUNY Chancellor Félix V. Matos Rodríguez
2. The 2nd Witness:     President of LAGCC Kenneth Adams
3. The 3rd Witness:     Dean of Health Science Department Philip Gimber
4. The 4rh Witness:     Professor Faith Armstrong of Health Science Department
5. The 5th Witness:     LAGCC Title IX Officer Christopher Carozza
6. The 6th Witness:     LAGCC Title IX Officer Ronald Edwards
7. The 7th Witness:     LAGCC Title IX Officer Sabine Rospide
8. The 8th Witness:     CUNY Title IX Officer Rodney Pepe Souvenir

Dated: September 4th, 2024

Queens, New York

---

Ji Xu, *Plaintiff Pro Se*
391 Great Neck Road, Unit C
Great Neck, ~~Road,~~ NY 11021

To:   **VIA FIRST CLASS MAIL**
      The City of New York
      Law Department
      Attn: Attorney Cindy A Singh
      Assistant Corporation Counsel
      100 Church Street
      New York, NY 10007